Certificate Number: 06531-MN-DE-032452727

Bankruptcy Case Number: 19-40490



06531-MN-DE-032452727

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 16, 2019</u>, at <u>7:09</u> o'clock <u>PM CDT</u>, <u>Leslie T Weiner</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Minnesota</u>.

Date:   <u>March 16, 2019</u>                    By:    <u>/s/Laura Stevens</u>

Name:  <u>Laura Stevens</u>

Title:   <u>Credit Counselor</u>